UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| CHERYL EDWARDS JOHNSON, | ) ) |
| Defendant. | ) ) |



FILED
NOV 1 3 2008
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

4: 0 8CR00644ERW

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about June 23, 2008, in St. Louis County within the Eastern District of Missouri,

**CHERYL EDWARDS JOHNSON,**

the Defendant herein, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name and credit account number of D.W., during and in relation to the commission of the felony offenses of: access device fraud, Title 18, United States Code, Section 1029(a)(2) and mail fraud, Title 18, United States Code, Section 1341; and social security fraud, Title 42, United States Code, Section 408(a)(7)(B).

In violation of Title 18, United States Code, Section 1028A

## COUNT 2

The Grand Jury charges that:

On or about June 23, 2008, in St. Louis County within the Eastern District of Missouri,

**CHERYL EDWARDS JOHNSON,**

in a matter affecting interstate commerce, the Defendant herein, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name and credit account number of D.W., during and in relation to the commission of the felony offense of theft, Missouri Statutes 570.030.

In violation of Title 18, United States Code, Section 1028(a)(7).

## COUNT 3

The Grand Jury charges that:

Between on or about the dates June 23, 2008 and continuing to on or about July 10, 2008, in St. Louis County within the Eastern District of Missouri,

**CHERYL EDWARDS JOHNSON,**

the Defendant herein, in a matter affecting interstate commerce, knowingly and with intent to defraud used unauthorized access devices, that is: the account number for Swiss Colony in order to acquire merchandise in an aggregate value exceeding $1,000.00, from Swiss Colony and its

affiliates.

    In violation of Title 18, United States Code, Section 1029(a)(2).

A TRUE BILL.


_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney


_____
TRACY L. BERRY, 508314
Assistant United States Attorney