# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CR00644 ERW |
| ) | |
| CHERYL EDWARDS JOHNSON, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter comes before the Court on Motion to Modify Conditions of Release [doc. #21] by Defendant Cheryl Edwards Johnson.

Defendant has entered a Change of Plea and is released on bond awaiting sentencing set for May 7, 2009. Defendant's bond restricts travel within this judicial district without prior permission from this Court and under the standards set forth by the United States Pretrial Office. Defendant has requested travel on a pre-arranged weekly basis to visit with her daughter and newborn grandchild in East St. Louis, Illinois, and all involved parties have consented to this request, including the Magistrate Judge who initially released defendant on bond.

**IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release [doc. #21] is **GRANTED** provided that Defendant Johnson confers in advance with the United States Pretrial Office regarding the exact dates of travel and the address and phone number of the place and persons to be visited.

So Ordered this  2nd  day of March, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE