## COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS

Date __5/7/09__   Case No. __4:08CR644 ERW__

UNITED STATES OF AMERICA vs. __Cheryl Edwards Johnson__
Judge __E. Richard Webber__ Deputy Clerk __MBerz__   Court Reporter __C Simpson__
Interpreter _____   Probation Officer __Ryan Wilke__
Assistant U.S. Attorney __Tracy Berry__

Defendant Attorney(s) __Nanci McCarthy__

☒ Defendant/Parties present for imposition of sentence
☒ Presentence Report adopted/accepted by Court as findings of fact   ☒ PSR filed under seal
☒ Sentence imposed (see judgment)
☐ Count(s) _____ dismissed on motion of AUSA
☐ Government's Motion pursuant to §5K1.1 is  ☐ granted  ☐ denied
☐ Objections to Presentence report heard and  ☐ granted as follows:  ☐ denied as follows:

_____
_____
_____
_____

☐ The Court makes the following recommendations to the Bureau of Prisons:

_____
_____

☐ Defendant remanded to custody of the USMS
☐ Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS   ☐ Surrender date _____
☒ Defendant is released on Probation pending processing by USMS

☐ Exhibits returned to and retained by counsel

Defendant attorney present at _____ a.m./p.m.
Proceedings commenced __10:30__ (a.m.)/p.m.   Concluded __11:00__ (a.m.)/p.m.